Koopmann, Respondent, vs. Koopmann, Appellant.

For the appellant: *Schanen & Schanen* of Port Washington, and *N. A. Pachefsky* of Milwaukee, attorneys, and *Wm. F. Schanen, Sr.,* of Port Washington and *N. A. Pachefsky* of Milwaukee of counsel.

For the respondent: *Bonner & Houseman* of Grafton, attorneys, and *Charles J. Kunny* of Port Washington of counsel.

*By the Court.*—The order and judgment appealed from are affirmed.